**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7625**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MIGUEL SAMUEL MALDONADO,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-91-287-JFM, CA-97-3115-JFM)

---

Submitted:  April 16, 1998          Decided:  April 29, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Miguel Samuel Maldonado, Appellant Pro Se.  Katharine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order dismissing his second motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. United States v. Maldonado, Nos. CR-91-287-JFM; CA-97-3115-JFM (D. Md. Oct. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2